CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 25 2008

JOHN F. CORCORAN, CLERK
BY: HMcDona
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the

___Western___ District of ___Virginia___

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Ryall Quincy Majors ) | Case No: 4:04CR70123-002 |
| ) | USM No: 10870-084 |
| Date of Previous Judgment: June 22, 2005 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___121___ months **is reduced to** ___120 months___.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 30 | Amended Offense Level: | 28 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 120 to 121 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
120 months is the statutory minimum, which is unaffected by the Crack Cocaine Amendment.

Except as provided above, all provisions of the judgment dated ___6/22/2005___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3-25-08

Judge's signature

Effective Date: 3/3/08 4-7-08
(if different from order date)

Jackson Kiser, Senior United States District Judge
Printed name and title